An unpublished opinion of the North Carolina Court of Appeals does not constitute controlling legal authority. Citation is disfavored, but may be permitted in accordance with the provisions of Rule 30(e)(3) of the North Carolina Rules of Appellate Procedure.

IN THE COURT OF APPEALS OF NORTH CAROLINA

No. COA25-310

Filed 18 February 2026

North Carolina Utilities Commission, No. E-2, SUB 1341

IN THE MATTER OF: APPLICATION OF DUKE ENERGY PROGRESS, LLC, RELATING TO FUEL AND FUEL-RELATED CHARGE ADJUSTMENTS FOR ELECTRIC UTILITIES PURSUANT TO N.C.G.S. § 62-133.2 AND COMMISSION RULE R8-55

Appeal by intervenor Public Staff from order entered 13 November 2024 by the North Carolina Utilities Commission. Heard in the Court of Appeals 14 January 2026.

> *McGuireWoods LLP, by Jonathan Y. Ellis, E. Brett Breitschwerdt, and H. Brent McKnight, Jr., and Jack E. Jirak and Ladawn S. Toon, Counsel for Duke Energy Corporation, for applicant-appellees.*
>
> *William S. F. Freeman, Lucy E. Edmondson, and William E. H. Creech, for The Public Staff of the North Carolina Utilities Commission, intervenor-appellant.*
>
> *No brief filed by Ward and Smith, P.A., by Christopher S. Edwards, Alex C. Dale, and Christina D. Cress, Counsel for Carolina Utility Customers Association, Inc. and Carolina Industrial Group for Fair Utility Rates III, intervenors.*

ARROWOOD, Judge.

This case was consolidated for oral argument with a companion case, *In The Matter of Application of Duke Energy Carolinas, LLC*, ___ N.C. App. ___, (No. COA

25-203, 2026). For the reasons stated in that opinion, we reverse and remand the order of the Utilities Commission.

REVERSED AND REMANDED.

Judges GRIFFIN and STADING concur.

Report per Rule 30(e).